UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAURAV LOKESH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | Case No.  25-cv-10366-TLT <br><br> **REFERRAL TO HELP DESK** |

Gaurav Lokesh and Imandeep Kaur are **encouraged** to seek free legal assistance from the Legal Help Center located in the SF courthouse. The Legal Help Center will not represent you as your lawyer, but can provide basic legal assistance at no cost.  You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

You can find more information at https://cand.uscourts.gov/pro-se-litigants/.  The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

You can access it online (https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

**IT IS SO ORDERED.**

Dated: December 17, 2025

TRINA L. THOMPSON
United States District Judge